```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16353
    SAMMY L CURRY
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1222


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/07/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED VEHIC    4632.13         159.12        4632.13
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO BANK           CURRENT MORTG        .00            .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE        .00            .00            .00
OCWEN FEDERAL BANK         NOTICE ONLY     NOT FILED           .00            .00
HITCHCOCK AND ASSOCIATES   PRIORITY        NOT FILED           .00            .00
CAPITAL ONE                UNSEC W/INTER    1057.21          50.89        1057.21
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    9000.00         433.15        9000.00
DISCOVER                   NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    1139.57          39.15        1139.57
HSBC NV                    UNSEC W/INTER   NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     374.00          12.85         374.00
NOONAN & LIEBERMAN         NOTICE ONLY     NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER     579.75          27.92         579.75
FORD MOTOR CREDIT          UNSEC W/INTER   13753.68         661.91       13753.68
THOMAS R HITCHCOCK         REIMBURSEMENT      64.50            .00          64.50
THOMAS R HITCHCOCK         DEBTOR ATTY     3,500.00                      3,500.00
TOM VAUGHN                 TRUSTEE                                       3,012.68
DEBTOR REFUND              REFUND                                       50,269.20

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                88,767.71

PRIORITY                                             64.50
SECURED                                           4,632.13
    INTEREST                                        159.12
UNSECURED                                        25,904.21
    INTEREST                                      1,225.87
ADMINISTRATIVE                                    3,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16353 SAMMY L CURRY
```

```
TRUSTEE COMPENSATION                                           3,012.68
DEBTOR REFUND                                                 50,269.20
                                   ----------------    ----------------
TOTALS                                    88,767.71           88,767.71
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                            PAGE   2
        CASE NO. 07 B 16353 SAMMY L CURRY